David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **RICHARD SMITH**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD SMITH,<br><br>    Defendant. | **CASE NO. 1:05-CR-00479  OWW**<br><br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |

    Defendant, RICHARD SMITH, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

    A property bond was posted in the amount of $118,633.00, for property owned by Benny Louise Andrews, located at 9714 Garden Drive, Hanford, California, 93230, pending disposition of this case.

    The assessors parcel number is 016-291-023.

    **The document number is 0540368.**

    On May 7, 2007, sentence was imposed, whereby Defendant was to serve 48 months in the Bureau of Prisons. Defendant was ordered to self surrender by June 21, 2007, which he did.

Accordingly, exoneration of bond and reconveyance is requested.

DATE: July 18, 2007.                    Respectfully submitted,

                                        /s/ DAVID BALAKIAN
                                        David V. Balakian,
                                        Attorney for Defendant,
                                        RICHARD SMITH

It appearing that defendant has been remanded into custody in case number 1:05-CR-00479 OWW, bail is hereby ordered exonerated and the property reconveyed.

IT IS SO ORDERED.

**Dated:   July 20, 2007**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2